| | |
|---|---|
| 1 | JOHN C. FISH, Jr., Bar No. 160620 |
|   | jfish@littler.com |
| 2 | ROD M. FLIEGEL, Bar No. 168289 |
|   | rfliegel@littler.com |
| 3 | ANDREW M. SPURCHISE, Bar No. 245998 |
|   | aspurchise@littler.com |
| 4 | LITTLER MENDELSON, P.C. |
|   | 650 California Street, 20th Floor |
| 5 | San Francisco, CA 94108.2693 |
|   | Telephone:   415.433.1940 |
| 6 | Fax No.:     415.399.8490 |
| 7 | Attorneys for Defendant |
|   | UBER TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GILLETTE, individually and on behalf of all others similarly-situated, | Case No. 3:14-cv-05241 EMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT UBER TECHNOLOGIES, INC. TO FILE RESPONSIVE PLEADING** |
| v. | |
| UBER TECHNOLOGIES, INC., a California corporation; and DOES 1-20, inclusive, | Trial Date: None set.<br>Complaint Filed: November 26, 2014<br>Amended Complaint Filed: December 15, 2014 |
| Defendants. | |

650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

STIP TO EXTEND DEF'S TIME TO FILE
RESPONSIVE PLEADING

CASE NO. 3:14-CV-05241 EMC

IT IS HEREBY STIPULATED by and between Plaintiff RONALD GILLETTE ("Plaintiff") and Defendant UBER TECHNOLOGIES, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, that the deadline for Defendant to file a responsive pleading, including any motion to compel arbitration, be continued from January 6, 2015 to January 23, 2015. This stipulation does not alter the date of any event or deadline already fixed by Court order. Neither party has previously requested an extension of time.

Dated: December 31, 2014

/s/ Andrew M Spurchise
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
UBER TECHNOLOGIES, INC.

Dated: December 31, 2014

/s/ Andrew P. Lee
ANDREW P. LEE
GOLDSTEIN, BORGEN, DARDARIAN & HO
Attorneys for Plaintiff
RONALD GILLETTE

IT IS SO ORDERED



_____
Edward M. Chen
U.S. District Judge

Firmwide:130868391.1 073208.1047

STIP TO EXTEND DEF'S TIME TO FILE RESPONSIVE PLEADING

CASE NO. 3:14-CV-05241 EMC