JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GILLETTE, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a California corporation, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. 3:14-cv-05241-EMC<br><br>**STIPULATED REQUEST AND [PR~~O~~POSED] ORDER CHANGING MOTION TO COMPEL ARBITRATION HEARING DATE**<br><br>**Civil Local Rule 6-2**<br><br>Complaint Filed: November 26, 2014<br>FAC Filed: December 15, 2014<br>Trial Date: None set. |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING MTC ARB HEARING DATE

1.

CASE NO. 3:14-CV-05241 EMC

1       Pursuant to Civil Local Rule 6-2, Defendant Uber Technologies, Inc. ("Uber" or "Defendant") and Plaintiff Ronald Gillette ("Plaintiff") (collectively "Parties") hereby stipulate to and request that the Court continue the hearing date for Uber's motion to compel arbitration from April 14, 2015 at 10:30 am to May ~~7~~ 14, 2015 at 1:30 pm.

        This change in time is requested because Uber's client representative will be out of the country on business on April 14, 2015 and will be unable to attend the hearing as currently scheduled. Counsel for Defendant therefore requested a stipulation from counsel for Plaintiff to continue the motion to compel arbitration hearing date. Plaintiff's counsel agreed to request a continuance of the motion to compel arbitration hearing and the next available date that worked for all parties and the Court is May 7, 2015.

        This request is not made for purposes of unnecessary delay, and none of the Parties will be prejudiced by the granting of this request. The Parties have previously stipulated to several time modifications. On December 31, 2014, Plaintiff and Defendant stipulated to extend Defendant's time to file a responsive pleading. On February 5, 2015, in conjunction with the parties in the related action *Mohamed v. Uber Technologies, Inc., et al.* Case No. 14-05200 ("*Mohamed*"), Plaintiff and Defendant stipulated to a consolidated briefing schedule regarding the motions to compel arbitration in *Mohamed* and the instant action and requested that the Court continue the March 12, 2015 case management conference and associated case management deadlines in order to accommodate the consolidated briefing schedule.

        This stipulated request will create only a slight delay with respect to the motion to compel arbitration hearing date.

        IT IS SO STIPULATED.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING MTC ARB HEARING DATE    2.    CASE NO. 3:14-CV-05241 EMC

1  Dated: March 31, 2015

   /s/ *Andrew M. Spurchise*
   Andrew M. Spurchise
   LITTLER MENDELSON, P.C.
   Attorneys for Defendant Uber Technologies, Inc.

Dated: March 31, 2015

   /s/*Andrew P. Lee*
   Andrew P. Lee
   GOLDSTEIN, BORGEN, DARDARIAN & HO
   Attorneys for Plaintiff Ronald Gillette

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: March 31, 2015                 /s/ *Andrew M. Spurchise*
                                      ANDREW M. SPURCHISE

PURSUANT TO STIPULATION, IT IS SO ORDERED: The motion hearing is reset for 5/14/15 at 1:30 p.m.

Dated: ___4/1___, 2015

   IT IS SO ORDERED AS MODIFIED
   Judge Edward M. Chen
   HON. EDWARD M. CHEN
   UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Firmwide:132627007.1 073208.1047

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED] ORDER CHANGING MTC ARB HEARING DATE     3.     CASE NO. 3:14-CV-05241 EMC