Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

Meredith Desautels (SBN 259725)
mdesautels@lccr.com
Dana Isaac Quinn (SBN 278848)
disaac@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
    OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA  94105
Tel:  (415) 543-9444
Fax:  (415) 543-0296

Attorneys for Plaintiffs and the Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD GILLETTE, individually, and on behalf of all others similarly-situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a California corporation, and DOES 1-20, inclusive<br><br>    Defendants. | Case No.: 3:14-cv-05241-EMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF RONALD GILLETTE**<br><br>Hon. Edward M. Chen |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to make the following substitution of attorneys:

1. <u>Former Attorney of Record</u>:  Oren Sellstrom, Lawyers' Committee for Civil Rights of the San Francisco Bay Area, 131 Steuart Street, Suite 400, San Francisco, California, 94105; telephone (415) 543-9444.

2. <u>New Attorney of Record</u>:  Dana Isaac Quinn, Lawyers' Committee for Civil Rights of the San Francisco Bay Area, 131 Steuart Street, Suite 400, San Francisco, California, 94105; telephone (415) 543-9444; email: disaac@lccr.com.

The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to Dana Isaac Quinn at the above mailing address, telephone number and e-mail address.

Dated:  June 17, 2015                     Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

 /s/    Dana Isaac Quinn
Dana Isaac Quinn

Attorneys for Plaintiffs and the Putative Class