1  JOHN C. FISH, Jr., Bar No. 160620
   jfish@littler.com
2  ROD M. FLIEGEL, Bar No. 168289
   rfliegel@littler.com
3  ANDREW M. SPURCHISE, Bar No. 245998
   aspurchise@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, California  94108.2693
6  Telephone:    415.433.1940
   Facsimile:    415.399.8490
7
   Attorneys for Defendants
8  UBER TECHNOLOGIES, INC. AND RASIER,
   LLC
9

10

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  ABDUL KADIR MOHAMED, individually and on behalf of all others similarly-situated, | Case No.  3:14-cv-05200-EMC<br>Case No.  3:14-cv-05241-EMC |
| 17              Plaintiff, | **STIPULATED REQUEST AND [PRO~~PO~~SED] ORDER TO CONFIRM DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING** |
| 18       v. | |
| 19  UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50, | Complaint Filed:  November 24, 2014 |
| 21              Defendant. | Trial Date:  None set. |
| 22  RONALD GILLETTE, individually and on behalf of all others similarly-situated, | |
| 23              Plaintiff, | |
| 24       v. | |
| 25  UBER TECHNOLOGIES, INC., a California corporation, and DOES 1-20, inclusive, | |
| 27              Defendant. | |

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED]
ORDER TO CONFIRM DEFS' TIME TO
FILE RESPONSIVE PLEADING

1.

3:14-cv-05200-EMC
3:14-cv-05241-EMC

1    Pursuant to Local Rule 6-2, Plaintiffs RONALD GILLETTE and ABDUL KADIR

2  MOHAMED and Defendants UBER TECHNOLOGIES INC., RASIER, LLC and HIREASE, LLC

3  (collectively, the "Parties") hereby stipulate to confirm that the deadline for Defendants to respond

4  to the complaints is July 9, 2015.  This Stipulation is based on the following:

5    1.    The Parties previously agreed in the Joint Case Management Conference Statement

6  (Docket No. 34) that Defendants would have 30 days from the date of the Court's ruling on

7  Defendants' motions to compel arbitration to respond to the complaints.

8    2.    On June 9, 2015, the Court entered a ruling denying Defendants' motions to compel

9  arbitration.

10    3.    Pursuant to the Parties' agreement, and subject to this Court's approval, Defendants

11  have until July 9, 2015 to respond to the complaints.

12    4.    This request is not made by the Parties for purposes of unnecessary delay and no

13  party will be prejudiced by the granting of this request.  Defendant Uber Technologies, Inc. and

14  Plaintiff Gillette previously stipulated to an extension of Defendant's time to respond to the

15  complaint.  Defendants Uber Technologies, Inc. and Rasier, LLC and Plaintiff Mohamed previously

16  stipulated to two extensions of Defendants' time to respond to the complaint.  Defendant Hirease,

17  LLC and Plaintiff Mohamed previously stipulated to one extension of Hirease's time to respond to

18  the complaint.

19

20    THEREFORE, the parties to this Stipulation hereby stipulate and respectfully request as

21  follows: that the Court confirm the cutoff for Defendants to respond to the complaints as July 9,

22  2015.

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED]
ORDER TO CONFIRM DEFS' TIME TO
FILE RESPONSIVE PLEADING

2.

3:14-cv-05200-EMC
3:14-cv-05241-EMC

1   Dated: June 18, 2015

2

3                                           /s/ Andrew M. Spurchise
                                            Andrew M. Spurchise
4                                           LITTLER MENDELSON, P.C.
                                            Attorneys for Defendants Uber Technologies,
5                                           Inc. and Rasier, LLC

6

7   Dated: June 18, 2015

8

9                                           /s/Theodore Maya
                                            Theodore Maya
10                                          AHDOOT & WOLFSON, PC
                                            Attorneys for Plaintiff Abdul Kadir Mohamed
11  Dated: June 18, 2015

12

13                                          /s/ Laura L. Ho
                                            Laura L. Ho
14                                          GOLDSTEIN, BORGEN, DARDARIAN &
                                            HO
15                                          Attorneys for Plaintiff Ronald Gillette

16

17  Dated: June 18, 2015

18

19                                          /s/Mitchell J. Freedman
                                            Paul K. Schrieffer
20                                          Mitchell J. Freedman
                                            P.K. SCHRIEFFER LLP
21                                          Attorneys for Defendant Hirease, LLC

22
    Dated: June 18, 2015
23

24                                          /s/Sarah K. Hamilton
                                            Sarah K. Hamilton
25                                          SEYFARTH SHAW LLP
                                            Attorneys for Defendant Hirease, LLC

26

27

28

STIPULATED REQUEST AND [PROPOSED]
ORDER TO CONFIRM DEFS' TIME TO          3.                          3:14-cv-05200-EMC
FILE RESPONSIVE PLEADING                                            3:14-cv-05241-EMC

1

**SIGNATURE ATTESTATION**

2          In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

3   document has been obtained from the signatories on this e-filed document.

4

5   Dated: June 18, 2015                          /s/ *Andrew M. Spurchise*

6                                            ANDREW M. SPURCHISE

7

8          PURSUANT TO STIPULATION, IT IS SO ORDERED:

9

10  Dated: _____, 2015

          June 18

11

12

13                                                  

14

15

16

17

18

19

20

21

22

23

24

25

26

27  Firmwide:134172089.1 073208.1047

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED]
ORDER TO CONFIRM DEFS' TIME TO
FILE RESPONSIVE PLEADING                    4.                    3:14-cv-05200-EMC
                                                                 3:14-cv-05241-EMC