JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
UBER TECHNOLOGIES, INC. AND RASIER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; HIREASE, LLC; and DOES 1-50,<br><br>Defendants. | Case No. 3:14-cv-05200-EMC<br>Case No. 3:14-cv-05241-EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING**<br><br>Complaint Filed: November 24, 2014<br><br>Trial Date: None set. |
| RONALD GILLETTE, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a California corporation, and DOES 1-20, inclusive,<br><br>Defendants. | |

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEFS' TIME TO FILE RESPONSIVE PLEADING

1.

3:14-cv-05200-EMC
3:14-cv-05241-EMC

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Pursuant to Local Rule 6-2, Plaintiffs RONALD GILLETTE and ABDUL KADIR MOHAMED and Defendants UBER TECHNOLOGIES INC., RASIER, LLC and HIREASE, LLC (collectively, the "Parties") hereby stipulate to extend the deadline for Defendants to respond to the complaints until 14 days after the anticipated stipulated filing of Plaintiffs' consolidated complaint, or if the Parties are unable to agree on a stipulation for the filing of same, until 7 days after the Court rules on Plaintiffs' motion for leave to file a consolidated complaint. This Stipulation is based on the following:

1. The current deadline for Defendants to respond to the operative complaints in *Mohamed v. Uber Technologies, Inc., et al.* and *Gillette v. Uber Technologies, Inc., et al.* is July 9, 2015.

2. Plaintiffs previously indicated in the Joint Case Management Conference Statement (*Mohamed* Docket No. 56; *Gillette* Docket No. 34) that they would consider filing a consolidated complaint if the Court were to deny Defendants' motions to compel arbitration.

3. Plaintiffs have now requested that Defendants stipulate to the filing of a consolidated complaint. The Parties are currently meeting and conferring regarding whether consolidation is appropriate and, if so, the terms of a stipulation regarding consolidation and the filing of a consolidated complaint. The Parties expect to submit to the Court a stipulation regarding consolidation, if any, within 14 days.

4. This request is not made by the Parties for purposes of unnecessary delay and no party will be prejudiced by the granting of this request. Defendant Uber Technologies, Inc. and Plaintiff Gillette previously stipulated to an extension of Defendant's time to respond to the complaint. Defendants Uber Technologies, Inc. and Rasier, LLC and Plaintiff Mohamed previously stipulated to two extensions of Defendants' time to respond to the complaint. Defendant Hirease, LLC and Plaintiff Mohamed previously stipulated to one extension of Hirease's time to respond to the complaint.

5. Nothing stated in or implied by this Stipulation and Proposed Order is intended to or shall affect Plaintiffs' right, if any, to amend their complaints in accordance with Federal Rule of Civil Procedure 15.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEFS' TIME TO FILE RESPONSIVE PLEADING

2.

3:14-cv-05200-EMC
3:14-cv-05241-EMC

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

6. Nothing stated in or implied by this Stipulation and Proposed Order is intended to or shall affect any of the Parties' rights, arguments or positions with regard to the Parties' dispute concerning arbitration or any other rights of the Parties.

THEREFORE, the parties to this Stipulation hereby stipulate and respectfully request as follows: that the Court extend the deadline for Defendants to respond to the complaints until 14 days after the anticipated stipulated filing of Plaintiffs' consolidated complaint, or if the Parties are unable to agree on a stipulation for the filing of same, until 7 days after the Court rules on Plaintiffs' motion for leave to file a consolidated complaint.

Dated: July 8, 2015

*/s/ Andrew M. Spurchise*
Andrew M. Spurchise
LITTLER MENDELSON, P.C.
Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC

Dated: July 8, 2015

*/s/Theodore Maya*
Theodore Maya
AHDOOT & WOLFSON, PC
Attorneys for Plaintiff Abdul Kadir Mohamed

Dated: July 8, 2015

*/s/Andrew P. Lee*
Andrew P. Lee
GOLDSTEIN, BORGEN, DARDARIAN & HO
Attorneys for Plaintiff Ronald Gillette

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEFS' TIME TO FILE RESPONSIVE PLEADING

3.

3:14-cv-05200-EMC
3:14-cv-05241-EMC

Dated: July 8, 2015

                                   */s/Mitchell J. Freedman*
Paul K. Schrieffer
Mitchell J. Freedman
P.K. SCHRIEFFER LLP
Attorneys for Defendant Hirease, LLC

Dated: July 8, 2015

                                   */s/Sarah K. Hamilton*
Sarah K. Hamilton
SEYFARTH SHAW LLP
Attorneys for Defendant Hirease, LLC

## **SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: July 8, 2015                                /s/ *Andrew M. Spurchise*
                                                     ANDREW M. SPURCHISE

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____, 2015

                                                         HON. EDWARD M. CHEN

Firmwide:134541216.4 073208.1047

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEFS' TIME TO FILE RESPONSIVE PLEADING      4.      3:14-cv-05200-EMC
3:14-cv-05241-EMC