Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
William C. Jhaveri-Weeks (SBN 289984)
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

Meredith Desautels (SBN 259725)
mdesautels@lccr.com
Dana Isaac Quinn (SBN 278848)
disaac@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA  94105
Tel:  (415) 543-9444
Fax:  (415) 543-0296

Attorneys for Plaintiff Ronald Gillette
and the Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GILLETTE, individually, and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a California corporation, and DOES 1-20, inclusive<br><br>Defendants. | Case No.: 3:14-cv-05241-EMC<br><br>**NOTICE OF APPEARANCE OF WILLIAM C. JHAVERI-WEEKS**<br><br>Hon. Edward M. Chen |

NOTICE OF APPEARANCE – CASE NO. 3:14-CV-05241-EMC

582792.2

1 **TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

2 **PLEASE TAKE NOTICE**, that Plaintiff hereby notifies Defendant and the Court that WILLIAM C. JHAVERI-WEEKS of the law firm Goldstein, Borgen, Dardarian & Ho is added as an attorney of record in the above-entitled case.  Plaintiff Gillette requests that WILLIAM C. JHAVERI-WEEKS be added to the docket and e-mail notifications at the following address:

William C. Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:  (510) 763-9800
Fax:  (510) 835-1417

Dated:  July 9, 2015                                Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO


                                                              /s/
William C. Jhaveri-Weeks

Attorneys for Plaintiff Ronald Gillette
and the Putative Class