JOHN C. FISH, JR., SBN 160620
  jfish@littler.com
ROD M. FLIEGEL, SBN 168289
  rfliegel@littler.com
ANDREW M. SPURCHISE, SBN 245998
  aspurchise@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
MARCELLUS MCRAE, SBN 140308
  mmcrae@gibsondunn.com
DEBRA WONG YANG, SBN 123289
  dwongyang@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
BRANDON J. STOKER, SBN 277325
  bstoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
KEVIN RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:   415.393.8306

Attorneys for Defendants UBER
TECHNOLOGIES, INC. and RASIER, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GILLETTE, *et al.*,<br><br>       Plaintiffs,<br>    v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>       Defendants. | Case No. 3:14-cv-05241 EMC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. FOR EXT. OF TIME TO RESPOND TO SAC– CASE NO. 3:14-CV-05241 EMC

1    Pursuant to Local Civil Rule 6-1, the parties, through their undersigned counsel,

2    hereby stipulate and agree that Defendants Uber Technologies, Inc. ("Uber") and Rasier, LLC

3    ("Rasier") (collectively "Defendants") may have until fourteen (14) days after the Court's ruling on

4    the motion to consolidate filed in the captioned matter (ECF No. 84) or the filing of a Consolidated

5    Complaint that includes the captioned matter, whichever is later, to file their answer, motion or other

6    response to the then-operative Complaint in this matter.  Based on the parties' meet and confer

7    efforts, they agree the most efficient course is to await the final outcome of the motion to consolidate

8    before Defendants are required to respond to the Complaint in this matter and Plaintiffs are required

9    to take further action.  The Second Amended Complaint was filed on August 25, 2015.  No other

10   extensions have been granted for the time for Defendants to respond to the Second Amended

11   Complaint.  No objections, arguments, or defenses are waived by any party by virtue of this

12   stipulation.  Defendants reserve all rights, including the right to seek via stipulation or Court order

13   additional time to respond to any consolidated complaint that may be filed in this action.  This

14   stipulation will not require the alteration of any deadline already set by Court Order.

15   Dated: August 27, 2015

16                                         LITTLER MENDELSON, P.C.

17                                         By:   */s/ Rod M. Fliegel*
                                                ROD M. FLIEGEL
18
19                                         Attorneys for Defendants
                                           UBER TECHNOLOGIES, INC. and RASIER, LLC
20
21                                         GIBSON, DUNN & CRUTCHER LLP

22                                         By:   */s/ Theodore J. Boutrous*
                                                THEODORE J. BOUTROUS JR.
23                                         Attorneys for Defendants
24                                         UBER TECHNOLOGIES, INC. and RASIER, LLC

25                                         GOLDSTEIN, BORGEN, DARDARIAN & HO

26                                         By: */s/ Andrew P. Lee*
                                                ANDREW P. LEE
27
28                                         Attorneys for Plaintiffs

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. OF EXT. OF TIME TO RESPOND TO                    1.
SAC– CASE NO. 3:14-CV-05241 EMC

1

AHDOOT & WOLFSON, P.C.

2

By:  */s/ Theodore W. Maya*
THEODORE W. MAYA

3

Attorneys for Plaintiffs

4

5

6

7

**SIGNATURE ATTESTATION**

8

   In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

9

document has been obtained from the signatories on this e-filed document.

10

11

Dated: August 27, 2015

12

LITTLER MENDELSON, P.C.

13

By:  */s/ Rod M. Fliegel*
ROD M. FLIEGEL

14

15

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and RASIER, LLC

16

17

18

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

19

20

Dated:      8/28/15

21

22

HONORABLE          M. CHEN

23

GRANTED

24

25

Judge Edward M. Chen

26

27

28

STIP. OF EXT. OF TIME TO RESPOND TO
SAC– CASE NO. 3:14-CV-05241 EMC

2.