FILED

MAR 04 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly situated,<br><br>      Plaintiff - Appellee,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER, LLC,<br><br>      Defendants - Appellants. | No. 15-16178<br><br>D.C. No. 3:14-cv-05200-EMC<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |
| RONALD GILLETTE,<br><br>      Plaintiff - Appellee,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>      Defendant - Appellant. | No. 15-16181<br><br>D.C. No. 3:14-cv-05241-EMC<br>Northern District of California,<br>San Francisco |

amt\/Pro Mo commish 29Feb2016

| | |
|---|---|
| ABDUL KADIR MOHAMED, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff - Appellee,<br><br>v.<br><br>HIREASE, LLC,<br><br>　　　　Defendant - Appellant. | No. 15-16250<br><br>D.C. No. 3:14-cv-05200-EMC<br>Northern District of California,<br>San Francisco |

Before: Peter L. Shaw, Appellate Commissioner.

　　Plaintiffs' motion to file sur-reply brief and defendants' joint opposition and any related response are referred to the panel assigned to decide the merits of the cases.

　　Within 14 days after the date of this order, plaintiffs may submit a sur-reply brief not to exceed 7,000 words that will be lodged with the Court.

　　Within 14 days after service of plaintiffs' sur-reply brief, defendants may submit a response not to exceed 7,000 words that will be lodged with the Court.

amt\/Pro Mo commish 29Feb2016